OFFICE OF THE CITY ATTORNEY
Julie Kriegh, City Attorney, State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Les S. Tuskai Bar No. 012582
Assistant Chief Counsel
Attorney for City of Phoenix

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Stuart Robinson,<br><br>               Plaintiffs,<br><br>     vs.<br><br>City of Phoenix,<br><br>               Defendants. | No. 22-CV-651-PHX-DJH<br><br>**DEFENDANT'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable Diane J. Humetewa and the Honorable James F. Metcalf) |

Defendant, City of Phoenix ("Phoenix"), pursuant to Rule 56 FED. R. CIV. P. and

Local Rule LRCiv. 56.1(a) submits its Separate Statement of Facts ("SOF) in support of

its Motion for Summary Judgment as follows:

1. On December 7, 2021, Plaintiff visited the City of Phoenix's Burton Barr

    Library. (See Plaintiff's Complaint, Doc. 1, pg. 4, "Facts" No.1).

2. While on the premises, Plaintiff alleges that she injured her eye when dirt and

    debris were blown into her face during landscaping maintenance.

3. Following the incident, Plaintiff submitted a notice of claim to Phoenix. (See

    Plaintiff's Complaint, Doc. 1, pg. 4 "Facts" No.2 and pgs. 13-16)

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

4. Plaintiff's claim was denied by Phoenix. (See Plaintiff's Complaint, Doc. 1, pg. 4 "Facts" No.2).

5. Plaintiff claims that Phoenix deprived her of her rights when it denied her claim. (See Plaintiff's Complaint, Doc. 1, pg. 8 and Exhibit 2, attached).

RESPECTFULLY SUBMITTED this 20th day of January, 2023.

OFFICE OF THE CITY ATTORNEY

By: /s/ Les S. Tuskai
    Les S. Tuskai
    Assistant Chief Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrants:

Barbara Robinson
stuart98499@gmail.com
Plaintiff Pro Se

By: *M. Elena Sandoval*
    2355049_1.doc

2

# Exhibit 2

**From:** Barbara Stuart- Robinson ███████████████████

**Sent:** Monday, January 9, 2023 4:11 PM

**To:** Les Tuskai <███████████████>; Barbara Stuart- Robinson ████████████████>

**Subject:** Re: Robinson v. City of Phoenix, 22-CV-651-PHX-DJH

Yes.  Yes the City of Phoenix was responsible for verifying that the liability under state law did or did not apply instead they pawned The situation off back onto the lawn service when in fact it was the responsibility of the City of Phoenix to verify with their attorneys before denying the claim if state law applied in their case and in this case it did.

On Mon, Jan 9, 2023, 2:48 PM Les Tuskai ███████████████████ wrote:

> Ms. Robinson:
>
> I wanted to confirm with you the basis of your claim against the City of Phoenix. This is based on what we discussed a few weeks ago.
> Your claim against the City is premised on the following:
>
> On December 7, 2021, you suffered an eye injury while visiting the Burton Bar Library. After you filed a notice of claim with the City of Phoenix, its Risk Management Division denied your claim thus depriving you of your rights.
>
> Can you confirm that is the basis of your claim against the City of Phoenix? Thank you
>
> LES S. TUSKAI
> ASSISTANT CHIEF COUNSEL
>
> (602) 262-6761
>
> This message is confidential and intended only for the named recipient(s). This message may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that reading, disseminating, distributing or copying this message is strictly prohibited.  If you have received this message in error or are not the named recipient, please notify

the sender by telephone, facsimile, or e-mail and delete this message from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege. Thank you.