# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Stuart Robinson,<br><br>  Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>  Defendant. | **NO. CV-22-00651-PHX-JFM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed February 24, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice to their prosecution in state court.

Debra D. Lucas
District Court Executive/Clerk of Court

February 24, 2023

By   s/ Wendy Poth
     Deputy Clerk